UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BOBBY SKARPA | § § § | |
| VERSUS | § § § § | Case No.: |
| CAMERON INTERNATIONAL, and TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. | § § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. (hereafter referred to as "Defendant"), now pending in the 75th Judicial District Court of Liberty County, Texas, bearing Cause Number CV1307144, through undersigned counsel, who, pursuant to 28 U.S.C. §1441 and §1446, gives notice of removal of this suit from the 75th Judicial District Court of Liberty County, Texas, to the United States District Court in and for the Eastern District of Texas, Beaumont Division, for the reasons set forth below.

1. On or about July 15, 2013, Plaintiff Bobby Skarpa, ("Plaintiff"), filed his Original Petition in the 75th Judicial District Court of Liberty County, Texas, under Cause Number CV1307144. On or about September 9, 2013, Plaintiff filed his First Amended Original Petition. This is the first pleading in which this Defendant was named as a party.

2. The Citation and First Amended Original Petition were served on CT Corporation, as Defendant's registered agent, on September 13, 2013. Accordingly, Defendant was effectively served on this date.

3. Given the above, this Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

4. No responsive pleadings have been filed to date by this Defendant. Responsive pleadings as well as prior and subsequent pleadings filed by Plaintiff and other parties are attached as required.

5. The above-described action is a civil action involving claims by Plaintiff for alleged violation of Jones Act against his employer Defendant Cameron International Corporation, as well as what appear to be claims under the General Maritime Law against this Defendant, to recover for alleged injuries sustained during his employment with Cameron International Corporation while aboard Defendant's vessel.

6. This Court has original jurisdiction over this action under the provisions of 28 U.S.C. §1333(1), as Federal district courts have original jurisdiction over any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. Plaintiff's causes of action against this Defendant are maritime in nature and brought pursuant to the General Maritime Law of the United States, as aforesaid. See also 28 U.S.C. 1441(a).

7. All Defendants who have been properly served consent to the removal of this case to federal court.

8. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

9. Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

10. Plaintiff demanded a jury trial in the state-court suit.

11. Pursuant to Local Rule 81, the following documents are attached hereto:

a) Plaintiff's Original Petition and Request for Disclosure;
b) Citation to co-Defendant Cameron International;
c) Plaintiff's First Amended Petition and Request for Disclosure;
d) Citation to Transocean Offshore Deepwater Drilling, Inc.;
e) Defendant Cameron International Inc.'s Motion to Transfer Venue, Special Exceptions, Original Answer and Request for Disclosure to Plaintiff's First Amended Petition;
f) Plaintiff's Second Amended Original Petition;
g) Plaintiff's Response to Defendant's Motion to Transfer Venue;
h) Plaintiff's Motion for Default;
i) Order Setting Hearing regarding Defendant's Motion to Transfer Venue;
j) Defendant Cameron International Inc.'s Answer to Plaintiff's Second Amended Original Petition subject to its Motion to Transfer Venue;
k) Defendant Cameron International Inc.'s Response to Plaintiff's Motion for Default Judgment;
l) Documents reflecting service upon Transocean Offshore Deepwater Drilling, Inc.;
m) Defendant Transocean Offshore Deepwater Drilling, Inc.'s List of Counsel or Record;
n) Defendant Transocean Offshore Deepwater Drilling, Inc.'s Index of Matters Being Filed;
o) To be supplemented: Docket Sheet of the state court action, Cause No. CV1307144, in the 75th Judicial District Court of Liberty County, Texas.[1]

WHEREFORE PREMISES CONSIDERED, Defendant Transocean Offshore Deepwater Drilling, Inc. prays that the above-described action now pending in the 75th Judicial District Court of Liberty County, Texas be removed to this Honorable Court.

---

[1] A certified copy of this document was requested but not provided with the balance of the state Court record. Same has been requested a second time and will be supplemented upon receipt.

Respectfully submitted:

By:    /s/ *Frank A. Piccolo*
     FRANK A. PICCOLO
     State Bar No. 24031227
     **PREIS & ROY**
     24 Greenway Plaza, Suite 2050
     Houston, Texas 77046
     Telephone: 713-355-6062
     Facsimile: 713-572-9129

     **COUNSEL FOR DEFENDANT,
     TRANSOCEAN OFFSHORE
     DEEPWATER DRILLING), INC.**

OF COUNSEL:
KENNETH H. TRIBUCH
State Bar No. 24042539
**PREIS & ROY**
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: 713-355-6062
Facsimile: 713-572-9129

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding in accordance with the Federal Rules of Civil Procedure.

Houston, Texas, this 11th day of October, 2013.

    James D. Chandler
    Law Offices of James D. Chandler
    P.O. Box 9154
    Liberty, Texas 77575

    John C. Elliott
    Fitzhugh & Elliott, P.C.
    12727 Kimberley Lane, Suite 302
    Houston, Texas 77024

                                    /s/ *Kenneth H. Tribuch*
                                    Kenneth H. Tribuch